Clarence Andrew MCGUFFIN, Plaintiff-Appellant,

v.

Nancy A. BERRYHILL, Acting Commissioner of the Social Security Administration, Defendant-Appellee.

No. 17-1288

United States Court of Appeals, Fourth Circuit.

Submitted: August 15, 2017

Decided: September 26, 2017

**248**

Clarence Andrew McGuffin, Appellant Pro Se. Rudy E. Renfer, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KEENAN, WYNN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Andrew McGuffin appeals the district court's order granting the defendant's motion to dismiss McGuffin's complaint as untimely filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McGuffin v. Berryhill*, No. 5:16-cv-00467-D (E.D.N.C. Jan. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*